STATE OF CONNECTICUT *v.* PATRICK S. WRIGHT

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 47 Conn. App. 559 (AC 16011), is denied.

*Robert J. Scheinblum,* assistant state's attorney, in support of the petition.

*Brian S. Karpe,* in opposition.

Decided April 8, 1998

JOSEPH PAJOR *v.* TOWN OF WALLINGFORD

The petition by the plaintiff Margaret Pajor, Executrix (Estate of Joseph Pajor), for certification for appeal from the Appellate Court, 47 Conn. App. 365 (AC 16091), is denied.

BERDON, J., dissenting. I would grant the plaintiff's petition for certification to appeal.

*William F. Gallagher* and *Barbara L. Cox,* in support of the petition.

*Thomas R. Gerarde* and *David S. Monastersky,* in opposition.

Decided April 8, 1998